[No. 18018-2-III.    Division Three.    January 25, 2000.]

THE STATE OF WASHINGTON, *Appellant,* v. RICHARD T. BROWN, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 98-1-00140-0, Donald W. Schacht, J., entered October 30, 1998. *Reversed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 18100-6-III.    Division Three.    January 25, 2000.]

BORTON & SONS, INC., *Appellant,* v. THE TRAVELERS INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 95-2-02901-8, Michael E. Schwab, J., entered December 9, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 18562-1-III.    Division Three.    January 25, 2000.]

*In the Matter of the Personal Restraint of* MICHAEL R. O'NEIL, *Petitioner.*

Petition for relief from personal restraint. *Granted in part* and *denied in part* by unpublished per curiam opinion.

[Nos. 17171-0-III; 17712-2-III.    Division Three.    January 27, 2000.]

*In the Matter of the Guardianship of* LAURA A..

CINDY RINGEON, ET AL., *Appellants,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeals from judgments of the Superior Court for Spokane County, Nos. 87-7-00162-1 and 86-7-00200-9, Tari S. Eitzen, J., entered December 11, 1997. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kato, JJ.